IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Alvin Nathaniel Bennett

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Sheehy Ford of Marlow Heights, Maryland

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. GJH 21CV2384

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ■ No
*(check one)*

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alvin N. Bennett |
| Street Address | 8170 Warren Drive |
| City and County | Pomfret, Charles |
| State and Zip Code | Maryland, 20675 |
| Telephone Number | (301) 643-4393 |
| E-mail Address | alvinhrvst@aol.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sheehy Ford of Marlow Heights Maryland |
| Job or Title (if known) | |
| Street Address | 5000 Auth Road |
| City and County | Marlow Heights, Prince George's |
| State and Zip Code | Maryland, 20746 |
| Telephone Number | (301) 423-4950 |
| E-mail Address (if known) | |

2

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has jurisdiction over this case under 28 USC 1331. Plaintiff's place of residency is located in the State of Maryland. Defendants place of business is located in the State of Maryland.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

### III. Statement of claim

1. This lawsuit arises out of me, Plaintiff purchasing a used damaged Ford Taurus from Defendant Sheehy Ford of Marlow Heights, Maryland in reliance upon Sheehy Ford's promise that the vehicle was in "great shape." However, in spite of Sheehy Ford's claim, the Ford Taurus actually made loud rumbling noises in the suspension area of the vehicle when the brakes are applied. Sheehy Ford intentionally recorded an incorrect mileage on the "Purchase Agreement" accompanying the sale of the Ford Taurus. Sheehy Ford knew about the braking system defects and the incorrect recording of mileage but concealed it from and failed to disclose it to me. Sheehy Ford's misrepresentations amount to common law fraud and violations of the Maryland Consumer Protection Act. Sheehy Ford did not honor its 3-Day Money-Back Guarantee upon my wanting to return the Ford Taurus. Sheehy Ford never repaired the car but gave me an invoice to cover the repair costs. Ultimately I took the Ford Taurus to another repair facility and paid them to make the repairs that Sheehy Ford refused to perform. Sheehy Ford breached the Dealer Limited Warranty accompanying the Ford Taurus' sale. Under these statutes, Plaintiff is entitled to rescind the purchase contract, recover damages, and be awarded preperation fees, costs of repairs, and out-of-pocket litigation expenses.

### IV. Facts

2. On September 21, 2018, I visited Sheehy Ford of Marlow Heights and while there was shown a certain Ford Taurus bearing vehicle identification number 1FAHP2E84DG192082. Sheehy Ford employee, Mr. Denard Carey dealt with me and represented that the Ford Taurus was inspected and was in "great shape" and that it had

"low mileage" for its year.

3. My purchase of the Ford Taurus was accompanied by Sheehy Ford's 30 day/1,000 mile limited warranty. A copy of said limited warranty is attached and is marked as **Exhibit "A"**.

4. Within one day of me purchasing the Ford Taurus, I noticed loud rumbling noises coming from the suspension area of the vehicle when the brakes are applied. It also subsequently manifested a pre-existing braking system defect that caused a loud rumbling noise when the brakes are applied that causes the vehicle to vibrate in a severe and dangerous unsafe manner when it is being driven.

5. Sheehy Ford intentionally and knowingly documented the incorrect mileages on its documents related to the sale of the Ford Taurus. In particular, the "Purchase Agreement" dated September 21, 2018, indicates a mileage of 32373. A copy of said purchase agreement is attached and is marked as **Exhibit "B"**. However, only 8 days prior to my purchase, on the day of the Ford Taurus' "Maryland Vehicle Inspection", which was dated September 13, 2018, Sheehy Ford's inspection station indicated a mileage of 32811. A copy of said "Inspection" is attached and is marked as **Exhibit "C"**.

6. Sheehy Ford intentionally misrepresented the warranty coverage of "3-Days or 200 miles". A copy of said 3-Day Promise is attached and is marked as **Exhibit "D"**. Within (3) days of my purchase of the Ford Taurus, On September 23, 2018, I took the vehicle back to Sheehy Ford and requested to return the vehicle in accordance to Sheehy Ford's "3-Day, Money Back Guarantee" however, Sheehy Ford's sales representative Mr. Denard Carey informed me that the Ford Taurus did not apply to the 3-Day Guarantee. Mr. Carey then promised me that Sheehy Ford would correct all of the

defects that I complained about.

7. I returned the Ford Taurus on several occasions for Sheehy Ford's service department to do the repairs to the defective braking and suspension system components. However, Sheehy Ford was either unable or unwilling to properly diagnose and repair these defects. The repair attempts are as follows;

8. On September 30, 2018, I returned the vehicle and met with Sheehy Ford's Sales Manager Mr. Calvin McHenry. We went for a test drive and afterwards Mr. McHenry scheduled the repairs.

9. On October 8, 2018, I returned the vehicle to Sheehy Ford for said repairs and was assisted by Mr. Marcus Robinson in the service department. The service department allegedly machined all four Rotors in an attempt to correct the loud rumbling noises coming from the suspension area when the brakes are applied. It however did not correct the issue. A copy of said Service Order is attached and is marked as **Exhibit "E"**.

10. On November 1, 2018 I returned the vehicle to Sheehy Ford. The service department allegedly replaced the Front Brake Pads in an attempt to correct the rumbling noises coming from the suspension and braking system areas. It also did not correct the issue.

11. On August 23, 2019, I returned the vehicle and left it with Sheehy Ford's Service Advisor Mr. Vince Hammond. Sheehy did not repair the vehicle on that day. However, on that same day I met with Sheehy Ford's Service Director Mr. Gary Brock. Mr. Brock and I went for a test drive and after the test drive Mr. Brock scheduled an appointment for me to bring the vehicle in for the repairs.

12. On August 26, 2019, I returned the vehicle to Sheehy Ford for the repairs which had been scheduled by Sheehy Ford's Service Director Mr. Brock. Sheehy Ford provided and paid for a rental car on that day.

13. On August 30, 2019, I made a phone call to Sheehy Ford to get a status report because I had not heard anything on the Ford Taurus that I left with them on the 26th of August. Mr. Mike Haggerty asked me to come in for a test drive and I did so on the Afternoon of August 30th. After the test drive I informed Mr. Haggerty that the noise and the rumbling condition was still present.

14. On August 30, 2019, I met with Mr. Gary Brock, Sheehy Ford's Service Director. Mr. Brock informed me that there is nothing more that Sheehy Ford is willing to do to the Ford Taurus. Mr. Haggerty then presented me with a Repair Order indicating that Sheehy Ford will now charge me $765.22 to correct the same pre-existing defects that was actually listed on the Ford Taurus' History Listing. The repair order corrections would also be the same repair corrections that were allegedly performed when I returned the vehicle on several occasions. A copy of said Repair Order is attached and is marked as **Exhibit "F"**.

15. I subsequently learned that the Ford Taurus had pre-existing braking system defects that were not properly repaired.

16. Sheehy Ford knew about this pre-existing braking defect, and suspension defect, but deliberately concealed these facts from me and did not disclose them to me. The pre-existing defect of the Ford Taurus became evident as it was notated in Sheehy Ford's "History Listing." The said history list was documented upon Sheehy Ford's initial inspection of the Ford Taurus as indicated on September 12, 2018, and, again on January

26, 2017. A copy of said history list is attached and marked as **Exhibit "G"**.

17. The brake system defects, and suspension defects are all material facts that a reasonable consumer would consider in deciding whether or not to purchase the Ford Taurus. The brake system defect, and the suspension system defect each individually and collectively materially decreased the utility, performance, safety, and fair market value of the Ford Taurus.

18. Sheehy Ford's above-stated illegal conduct is fraudulent, malicious, and oppressive. Sheehy Ford acted with a willful and conscious disregard of my rights and safety. Sheehy Ford's actions were also fraudulent in that it intentionally misrepresented and concealed the true condition of the Ford Taurus.

19. Within two years of me purchasing the Ford Taurus from Sheehy Ford I filed a complaint with the State of Maryland Office of the Attorney General's Consumer Protection Division. Through Mediation, Case No. MU-315722 the Consumer Protection Division contacted Sheehy Ford by letter on November 7, 2019. Sheehy did not reply back. Consumer Protection contacted Sheehy on November 14, 2019 and Sheehy did not reply. On December 3, 2019 Consumer Protection contacted Sheehy and Sheehy didn't reply. Finally on January 30, 2020 Consumer Protection made contact with Sheehy. Sheehy Ford never replied back for mediation to the Consumer Protection Division to resolve the matter.

20. On February 18, 2020 the Consumer Protection Division informed me that Defendant Sheehy Ford of Marlow Heights failed to cooperate with their efforts to resolve the matter and then provided me with information if I'd wish to pursue this matter further, therefore the case was closed. A copy of said mediation request

documents area attached and is marked as **Exhibit "G"**.

21. On September 13, 2019, I sent by certified mail, a letter to Sheehy Ford of Marlow Heights, and the same letter was sent to Ford Motor Company. The letter detailed that after a reasonable number of attempts Sheehy Ford was not able to resolve and correct the defect. Therefore, I informed them of my expectations that they are to repurchase the vehicle back from me. A copy of said letter to Sheehy Ford and Ford Motor Company is attached and is marked as **Exhibit "H"**.

22. On October 16, 2020 I took the Ford Taurus to Waldorf Ford, 2440 Crain Highway Waldorf, Maryland to have them repair the defective braking noises and suspension system problems within the car. Upon their inspection it was discovered that the front Rotors were warped. Waldorf Ford replaced the front Rotors and also replaced the Front Brake Pads. The work performed corrected the loud noise that had been noticed when braking. I paid Waldorf Ford $496.48 to have the braking defect corrected which was the same repairs that Sheehy Ford has been claiming to have made on several occassions. The suspension rumbling defect has yet to be corrected. A copy of said Waldorf Ford's repair invoice is attached and is marked as **Exhibit "I"**.

### Count One: Breach of Dealer Limited Warranty

23. Defendant Sheehy Ford breached its limited warranty by failing to properly perform the warranty work, despite receiving notice and being advised of said defects, and neither was able, nor competent nor willing to cure said defects.

24. After not being able to repair the defects of the Ford Taurus after a reasonable number of attempts, Defendant informed me that there is nothing more that Sheehy Ford is willing to do to the Ford Taurus and gave me an invoice to cover the costs to

repair the defects.

25. The defect caused the vehicle to vibrate in a severe and dangerous manner when it is being driven. The purchase of the Ford Taurus was to be the main source of transportation for my family. However, because of the unsafe conditions associated with driving the vehicle, the usage of the vehicle was limited.

26. On September 12, 2018, a "History List" on the Ford Taurus detailed pre-existing defects within the vehicles tires, rotors and brake pads that should have been corrected.

27. On September 13, 2018, Sheehy Ford inspected the Ford Taurus and it passed its inspection although the defects were apparently not corrected as they re-appeared only (8) days later when I purchased the vehicle. The defects left the vehicle in an unsafe condition.

28. I was damaged by said breach of the dealer warranty and by Defendant Sheehy Ford's failure to comply with its obligation under their warranty. Therefore, I am entitled to rescind the purchase contract and recover the full purchase price, be awarded punitive damages, general damages and be awarded attorney's fees, costs, and out-of-pocket litigation expenses.

### Count Two: Violation of the Maryland Consumer Protection Act

29. Defendant Sheehy Ford had a duty to disclose the known pre-existing defects within the brake system, and within the suspension system.

30. Sheehy Ford's action's was unfair and deceptive in that it was an attempt to defraud and misrepresent the true conditions of the Ford Taurus. Although I had no reason to doubt Defendants claim that the vehicle was in "great shape" it turned out to be a false misrepresentation.

31. Sheehy Ford misrepresented the mechanical condition of the Ford Taurus, while during its initial inspection in an attempt to cover its pre-existing defects. The Ford Taurus later revealed that the defects were still present once I purchased the vehicle eight (8) days later. Sheehy Ford knew about the defects but attempted to conceal it and not notify me upon my purchase of the vehicle.

32. Sheehy Ford failed to resolve this matter by not responding to the Attorney Generals Office's Consumer Protection Division's Mediation department although they sent several response requests.

33. I was damaged as a result and is therefore entitled to rescind the purchase contract and recover the full purchase price, be awarded punitive damages, general damages and be awarded attorney's fees, costs, and out-of-pocket litigation expenses.

### Count Three: Fraud

34. At the time of my purchase, Sheehy Ford knew that the Ford Taurus had brake system and suspension system defects but intentionally concealed these facts from me. Sheehy Ford failed to reveal, although its sales employee claimed that the vehicle was in "great condition", the Ford Taurus actually was not in great condition as claimed due to it having pre and current braking and suspension system defects.

35. Sheehy Ford intentionally and knowingly documented the incorrect mileages on its documents accompanying the sale of the Ford Taurus. On Sheehy Ford's "Purchase Agreement" dated September 21, 2018, Sheehy Ford recorded a mileage of 32373. However, 8 days prior to the purchase, on the day of the Ford Taurus' "Maryland Vehicle Inspection", which was dated September 13, 2018, Sheehy Ford's inspection station indicated a mileage of 32811. There was a difference of 438 miles.

36. Sheehy Ford made these misrepresentations with the intent to defraud.

37. I had no reason to doubt such representations.

38. I was damaged as a result and is therefore entitled to rescind the purchase contract and recover the full purchase price, be awarded punitive damages, general damages and be awarded attorney's fees, costs, and out-of-pocket litigation expenses.

### Count Four: Refusal to honor 3-Day, Money-Back Guarantee

39. Sheehy Ford failed to honor its "3-day, money back, or 200 miles guarantee". I returned the Ford Taurus to Sheehy Ford within the 3-day period after discovering the defects in the vehicle but was told by Sheehy Ford's sales representative that the Ford Taurus did not apply to the buy-back.

40. Because Sheehy Ford intentionally documented incorrect mileages on its documents, my 3-day return was not granted. The return guarantee was three days or "200 miles". Sheehy Ford's sales representative informed me that the 3-day by-back didn't apply to the Ford Taurus. Sheehy Ford's intentional incorrect mileage increase of 438 miles was a deliberate attempt to prematurely end the "200 mile" warranty period.

41. Sheehy Ford's sales representative promised me that Sheehy Ford will correct all of the defects that I was not satisfied with. Sheehy Ford did not correct the defects, instead, I was given an invoice to pay for the corrections if I wanted them done.

42. I was damaged as a result and is therefore entitled to rescind the purchase contract and recover the full purchase price, be awarded punitive damages, general damages and be awarded attorney's fees, costs, and out-of-pocket litigation expenses.

43. The above described unlawful, fraudulent and unfair acts conducted by Sheehy

Ford continues to this day.

**V.      Relief**

I, Plaintiff ask the Court for judgment against Defendant Sheehy Ford of Marlow Heights. Because the alleged defects still has not been fully corrected and continues to this day, I am asking for; Return of the full purchase price in the sum of $16,503.40; punitive damages in the sum of $15,000; general damages in the sum of $10,000; for out of pocket expenses in the sum of $496.48 which was paid to Waldorf Ford; for reasonable fee's, costs and out of pocket expenses; and, other and further relief as the Court deems proper and just.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 17, 2021

Signature of Plaintiff     *Alvin N Bennett*
Printed Name of Plaintiff  Alvin N. Bennett
                           8170 Warren Drive
                           Pomfret, Maryland 20675
                           301-643-4393
*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
Email Address              _____